*Prepared and Submitted by:*

Lisa R. Petersen (7598)
John N. Brems (3769)
Michael D. Kendall (11404)
**PARSONS KINGHORN HARRIS**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300

*Attorneys for Taylorsville City, Larry Marx, and Casey Davies*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| JIM AND DEBRA EVANS, and JIM and DEBRA EVANS, as Guardian Ad Litem for Justin Evans, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLORSVILLE CITY, a body politic, Taylorsville City Chief of Police LARRY MARX, Taylorsville police officer CASEY DAVIES, ANDREA DIRKER, ANTONIA LENNING and DAVID LENNING,<br><br>Defendants. | **JOINT STIPULATION AND MOTION TO DISMISS THIS CASE, IN ITS ENTIRETY, WITH PREJUDICE**<br><br>Case No. 02:06CV631<br><br>Judge Ted Stewart<br>Magistrate Judge Paul M. Warner |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Jim Evans ("**Mr. Evans**"), Debra Evans ("**Mrs. Evans**") and Jim and Debra Evans as Guardian Ad Litem for Justin Evans, who, as of August 11, 2009, is no longer a minor (collectively "**Plaintiffs**"), through counsel of record Jerrald D. Conder, and Defendants Taylorsville City ("**Taylorsville**"),

{00075730.DOC /}

Larry Marx ("**Chief Marx**") and Casey Davies ("**Detective Davies**") (collectively "**Defendants**"), through counsel of record Lisa R. Petersen, John N. Brems and Michael D. Kendall, hereby jointly move the Court for an Order dismissing the above-captioned case, in its entirety, with prejudice.

In support of this motion, Plaintiffs and Defendants, through counsel, acknowledge and represent to the Court that:

1. Plaintiffs and Defendants have agreed to and have executed that certain *Settlement Agreement and General Release of Claims*, which requires the dismissal of this case, in its entirety, with prejudice;

2. Plaintiffs, through counsel, and Defendants, through counsel, agree, consent and stipulate to the dismissal of the above-captioned case, in its entirety, with prejudice; and

3. Plaintiffs, through counsel, and Defendants, through counsel, agree, consent and stipulate that each party shall bear its own costs, fees and/or other expenses related to the above-captioned case.

**DATED** this 17th day of September, 2009.

                                            **PARSONS KINGHORN HARRIS**
                                            A Professional Corporation


                                            /s/ Lisa R. Petersen
                                            Lisa R. Petersen
                                            John N. Brems
                                            Michael D. Kendall
                                            *Attorneys for Taylorsville City, Larry Marx, and Casey Davies*

**DATED** this 25th day of August, 2009.

                                                      /s/ Jerrald D. Conder
                                                    Jerrald D. Conder
                                                    Attorney for Plaintiffs